IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:93cr133

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DAVID FITZGERALD LIGHTNER | ) | |
| _____ | ) | |

     This matter is before the court upon remand from the Fourth Circuit Court of Appeals with instructions to reinstate the original sentence.  Pursuant to the Fourth Circuit's opinion in this case,

     IT IS THEREFORE ORDERED that the original sentence is hereby reinstated.

Signed: March 21, 2008

Graham C. Mullen
United States District Judge