IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:93-CR-133-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | |
| DAVID FITZGERALD LIGHTNER ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motion ( Doc # 173) for "further reduction" of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and the new crack cocaine sentencing guidelines. Defendant's motions are DENIED. As stated in the Order (Doc # 166) - "No reduction as the guideline range remains unchanged due to the mandatory statutory minimum sentence. As well, the application of Amendment 706 results in no change to the Base or Total Offense Level or the advisory guideline range since the defendant is a "Career Offender" under USSG § 4B1.1 (total offense level of 37 due to statutory minimum of Life)."

Your request for Presentence Investigation Reports and Court's prior Orders will have to be obtained by your Attorney.

Signed: March 24, 2010

IT IS SO ORDERED.

Frank D. Whitney
United States District Judge