FILED: July 27, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-248
(3:93-cr-00133-FDW-2)

_____

In re: DAVID FITZGERALD LIGHTNER

  Movant

_____

O R D E R

_____

Movant has filed a motion under 28 U.S.C. § 2244 for an order authorizing the district court to consider a second or successive application for relief under 28 U.S.C. § 2255.

The court denies the motion.

Entered at the direction of Judge Diaz with the concurrence of Judge Shedd and Judge Thacker.

For the Court

/s/ Patricia S. Connor, Clerk